■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE HARRIS, Appellant. [718 NYS2d 840] —Judgment, Supreme Court, Bronx County (Roger Hayes, J.), rendered December 9, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in or near school grounds, and sentencing him to a term of 3 to 9 years, unanimously modified, as a matter of discretion in the interest of justice, to reduce the sentence imposed to a term of 2 to 6 years, and otherwise affirmed.

The verdict was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility and identification.

We find the sentence imposed to be excessive to the extent indicated. Concur—Rosenberger, J. P., Mazzarelli, Andrias, Rubin and Saxe, JJ.